UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

**ROBERT A. GROSS**            :            **CIVIL ACTION NO. 17-cv-0065**

**VERSUS**                     :            **JUDGE MINALDI**

**OLD REPUBLIC INSURANCE CO.**
**ET AL.**                     :            **MAGISTRATE JUDGE KAY**

## ORDER

Before us is the Motion to Remand and Motion for Attorney's Fees [doc. 15] filed by plaintiff Robert A. Gross. Although the issue there is defendant John Douglas's status as a forum defendant, we first review the jurisdictional allegations in the Notice of Removal, where the defendants have alleged diversity jurisdiction under 28 U.S.C. § 1332.

Defendant Orkin, LLC provides that it is a "Delaware limited liability company with its principal place of business in Atlanta, GA." Doc. 1, p. 3. It also states that its sole member is Rollins, Inc. *Id.* However, it makes no mention of the principal place of business or place of incorporation for Rollins, Inc. The corporate disclosure statement for Orkin, LLC also fails to provide any indication of the citizenship of Rollins, Inc. *See* doc. 5.

The citizenship of a limited liability company, for diversity jurisdiction purposes, is determined by the citizenship of its members. *Harvey v. Grey Wolf Drilling Co.*, 542 F.3d 1077, 1079–80 (5th Cir. 2008). Accordingly, the parties are given **seven (7) days** from the date of this order to file responses properly setting forth the citizenship of Rollins, Inc., and thereby Orkin, LLC.

THUS DONE AND SIGNED in Chambers this 24th day of July, 2017.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE